**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Gutierrez Sanchez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ0342-AJB |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| HUGO GUTIERREZ SANCHEZ, | ) |
| Defendant. | ) |
| | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

in the above-captioned case.

                                                            Respectfully submitted,


Dated:  February 13, 2008                    _/s/   Norma Aguilar_____
                                                            **NORMA AGUILAR**
                                                            Federal Defenders of San Diego, Inc.
                                                            Attorneys for Mr. Gutierrez Sanchez
                                                            Norma_Aguilar@fd.org

1

## **CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7

8  Dated:  February 13, 2008                       _/s/  Norma Aguilar_____
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.

9                                                      225 Broadway, Suite 900
San Diego, CA  92101-5030

10                                                     (619) 234-8467  (tel)
(619) 687-2666  (fax)

11                                                      Email: Norma_Aguilar@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ0342-AJB