AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 1 3 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| HUGO GUTIERREZ-SANCHEZ | CASE NUMBER: 08CR-759 LAB |

I, HUGO GUTIERREZ-SANCHEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3\13\08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Hugo Gutierrez S.*
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER