1                UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,      )    Case No.08MG0342-LAB
                                  )
5            Plaintiff,           )    San Diego, California
                                  )
6  vs.                            )    Friday,
                                  )    February 8, 2008
7  HUGO GUTIERREZ SANCHEZ,        )    9:00 a.m.
                                  )
8            Defendant.           )
   _____)
9

10           TRANSCRIPT OF HEARING INFORMED OF CHARGES
               BEFORE THE HONORABLE RUBEN B. BROOKS
11               UNITED STATES MAGISTRATE JUDGE

12  APPEARANCES:

13  For the Plaintiff:            CARLOS CANTU, ESQ.
                                  Assistant United States
14                                 Attorney
                                  880 Front Street
15                                San Diego, California 92101

16
    For the Defendant:            FEDERAL DEFENDERS OF SAN DIEGO
17                                BY:  LEILA MORGAN, ESQ.
                                  225 Broadway, Suite 900
18                                San Diego, California 92101

19

20  Transcript Ordered By:        NORMA AGUILAR, ESQ.

21

22

23

24

    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.

ii

1  Transcriber:                        L. L. Francisco
                                       Echo Reporting, Inc.
2                                      6336 Greenwich Drive
                                       Suite B
3                                      San Diego, California   92122
                                       (858) 453-7590
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Echo Reporting, Inc.*

```
                                                              1

 1    SAN DIEGO, CALIFORNIA  FRIDAY, FEBRUARY 8, 2008  9:00 AM

 2                          --oOo--

 3       (Call to order of the Court.)

 4           THE CLERK:  Number five on the calendar, 08MG0342,

 5 United States of America versus Hugo Gutierrez Sanchez.

 6           Your Honor, my office -- The Clerk's office wishes

 7 to find the nature of the Defendant (inaudible).

 8           THE COURT:  Mr. Cantu, do you know anything about

 9 Mr. Gutierrez?

10           MR. CANTU:  Yes, your Honor.  It's our information

11 that he is at Alvarado Parkway Institute undergoing

12 detoxification for crystal meth.  And I believe it's going to

13 be approximately one week before he completes his

14 detoxification.

15           THE COURT:  All right.  I'm going to provisionally

16 appoint Federal Defenders to represent Mr. Gutierrez.  And

17 I'm going to continue this matter one week to February 15 for

18 the Defendant's first appearance for a further status

19 hearing.  And the time between today February 8th and the

20 15th will be excluded from the Speedy Trial Act because of

21 the Defendant's medical condition.

22           MR. CANTU:  Thank you, your Honor.

23       (Proceedings concluded)

24

25
```

2

1          I certify that the foregoing is a correct

2 transcript from the electronic sound recording of the

3 proceeding in the above-entitled matter.

4

5 s/L.L. Francisco                6/16/08
  Transcriber                     Date
6
  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
7
  s/L.L. Francisco
8 L. L. Francisco, President
  Echo Reporting, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25