# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED**
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY A5w   DEPUTY

To:   Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
JUL 15 2008
FILED_____
DOCKETED 7-15-8
DATE        INITIAL

Re:   USCA No:  08-50254
USDC No:   08cr759 LAB
USA v. Gutierrez-Sanchez

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|  | | | |
|---|---|---|---|
|  | Copy of the Notice of Appeal |  | Docket Entries |
|  | Case Information/Docket Fee Payment Notification Form | | |
|  | Order for Time Schedule (Criminal) | | |
|  | Original Clerk's Record in | set(s) of | volume(s). |
|  | Reporter's transcript's transcripts in | set(s) of | volume(s). |
|  | Clerk's supplemental record in | set(s) of | volume(s). |
|  | Exhibits in   envelope(s) | box(es) | folders(s) |
|  | Judgement Order | OR | F/P Order |
|  | CJA Form 20 | OR | Minute Order |
| ✖ | Certificate of Record | OR | Mandate Return |
|  | Amended docket fee notification form | | |
|  | Order Appointing Counsel for Appeal | | |
|  | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 07/10/08   By: *Angela Rowland*
Angela Rowland, Deputy